Richard G. Haddad
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
*Attorneys for Sabrina Baldieri*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>JAMES R. ANTOLINI,<br><br>Debtor. | Chapter 7<br><br>Case No. 17-10338 (MEW) |

## CERTIFICATE OF SERVICE

I, Meaghan Millan, hereby certify that on April 6, 2017, I caused true and correct copies of the following documents to be filed and served electronically via the ECF system, and to be sent to the parties listed on the attached Service List via first class mail, postage pre-paid:

> Notice of Presentment of Motion of Sabrina Baldieri for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing the Issuance of Subpoena for the Production of Documents and Taking of Testimony Debtor James R. Antolini [Dkt. No. 9]
>
> Motion of Sabrina Baldieri for an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004 Authorizing the Issuance of Subpoena for the Production of Documents and Taking of Testimony From Debtor James R. Antolini, with exhibits [Dkt. No. 8]

Dated: April 11, 2017

*/s/ Meaghan Millan*
Meaghan Millan

## SERVICE LIST

| Michael J. Macco, Esq.<br>Macco & Stern, LLP<br>2950 Express Drive South, Suite 109<br>Islandia, NY 11749 | Office Of The United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
|---|---|
| Salvatore LaMonica, Esq.<br>LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, NY 11793 | |